# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:23-cv-00352

KIOSK INFORMATION SYSTEMS, INC.,

    Plaintiff,

vs.

COLE KEPRO INTERNATIONAL, LLC; AMERICAN KIOSKS; ERIC NEBOLA; TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN,

    Defendants.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.4, Plaintiff KIOSK Information Systems, Inc. ("KIOSK" or "Plaintiff") states as follows:

Plaintiff KIOSK Information Systems, Inc. is a Colorado corporation wholly-owned by Posiflex Technology, Inc.

Dated:  February 7, 2023

                         /s/ David J. Tsai
                        David J. Tsai (*admitted*)
                          Email:  david.tsai@pillsburylaw.com
                        John Steger (*admitted*)
                          Email:  john.steger@pillsburylaw.com
                        Natalie Truong (*admitted*)
                          Email:  natalie.truong@pillsburylaw.com
                        **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                        Four Embarcadero Center, 22nd Floor
                        San Francisco, CA  94111
                        Telephone: (415) 983-1000

                        *Attorneys for Plaintiff*
                        *KIOSK INFORMATION SYSTEMS, INC.*