District Court, Boulder County Colorado
1777 Sixth Street Boulder, CO 80302

Plaintiff(s) / Petitioner(s): **Carolyn Stroud**

v.

Defendant(s) / Respondent(s): **CSAA General Insurance Company, d/b/a/ AAA Insurance Company and Western United Insurance Company d/b/a/ AAA Insurance Company**

▲ COURT USE ONLY ▲

DATE FILED: January 19, 2023 4:41 PM
FILING ID: 51802B785E4EA
CASE NUMBER: 2022CV030786

Case No. 2022CV030786

## AFFIDAVIT OF SERVICE

I, Chris Richard, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Western United Insurance / CSAA in Arapahoe County, CO on January 17, 2023 at 2:54 pm at 7700 E Arapahoe Rd, Suite 220, Aurora, CO 80016 by leaving the following documents with Samantha Peck who as Intake specialist at CT Corporation is authorized by appointment or by law to receive service of process for Western United Insurance / CSAA.

Complaint
Civil Cover Sheet
Summons
Summons

Additional Description:
Served

White Female, est. age 19, glasses: N, Brown hair, 100 lbs to 120 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=39.5943908691,-104.8995065848
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Chris Richard

Executed in ___Arapahoe County___,
___CO___ on ___1/17/2023___.

Signature
Chris Richard
(720) 628-7457

Job #228136                    Carolyn Stroud                    Page 1

# Exhibit 1



Exhibit 1a)