# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-KLM

KIOSK INFORMATION SYSTEMS, INC

    Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Charles W. Steese, Alec P. Harris, and Michael A. Xavier, all of the law firm Armstrong Teasdale LLP, and all members in good standing of the bar of this Court, hereby enter their appearances in this matter on behalf of Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen.

Dated: February 22, 2023        Respectfully Submitted,

                                              */s/ Charles W. Steese*
                                              Charles W. Steese
                                              Alec P. Harris
                                              Michael A. Xavier
                                              ARMSTRONG TEASDALE LLP
                                              4643 S. Ulster Street, Suite 800
                                              Denver, CO  80237
                                              (720) 200-0676
                                              csteese@atllp.com
                                              aharris@atllp.com
                                              mxavier@atllp.com

2

*Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2023, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was transmitted to counsel for Plaintiff using the CM/ECF system which will send notification of such filing to counsel for Plaintiff as follows:

> David J. Tsai
> John Steger
> Natalie Truong
> david.tsai@pillsburylaw.com
> john.steger@pillsburylaw.com
> natalie.truong@pillsburylaw.com
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA 94111
> Telephone: (415) 983-1000

*/s/ Mohamed Elbedawi*
Mohamed Elbedawi