**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00352-KLM

KIOSK INFORMATION SYSTEMS, INC

    Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN

    Defendants.

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

    Pursuant to D.C.COLO.LCivR 6.1, Plaintiff KIOSK Information Systems, Inc. and Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen hereby stipulate to an extension of time for all Defendants to respond to the Complaint through and until March 15, 2023.

    This Stipulation is proper under the Local Rules because (1) there have been no other stipulations to extend time in this case, (2) this Stipulation is being filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure, and (3) the stipulated extension is not more than 21 days.

Dated: February 22, 2023,                    Respectfully Submitted,

| /s/ David J. Tsai | /s/ Charles W. Steese |
|---|---|
| David J. Tsai | Charles W. Steese |
| John Steger | Alec P. Harris |
| Natalie Truong | Michael A. Xavier |

PILLSBURY WINTHROP SHAW
PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com

*Attorneys for Plaintiff KIOSK Information Systems, Inc.*

ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, CO  80237
(720) 200-0676
csteese@atllp.com
aharris@atllp.com
mxavier@atllp.com

*Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2023, a true and correct copy of the foregoing **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** was transmitted to counsel for Plaintiff using the CM/ECF system which will send notification of such filing to counsel for Plaintiff as follows:

David J. Tsai
John Steger
Natalie Truong
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000

*/s/ Mohamed Elbedawi*
Mohamed Elbedawi

3