**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00352-RMR-KLM

KIOSK INFORMATION SYSTEMS, INC.,

        Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; AND MICHAEL
RASMUSSEN,

        Defendants.

**JOINT MOTION TO MODIFY PAGE LIMIT**

Pursuant to Judge Rodriguez's Civil Practice Standard 10.1(c)(5), Plaintiff KIOSK Information Systems, Inc. ("KIOSK") and Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen (collectively, "Defendants") jointly and respectfully move to modify the 15-page limit stated in Civil Practice Standard 10.1(c)(1) to 22 pages for Defendant's forthcoming motion to dismiss and Plaintiff's response, and in support state as follows:

    1.    On February 7, 2023, Plaintiff filed is Complaint. The Complaint includes ten counts and names four defendants. [ECF No. 1]

2. Upon filing, the case was assigned to Magistrate Judge Mix. [ECF No. 1]. Magistrate Judge Mix's civil practice standards do not include a page limitation for motions.

3. On February 8, 2023, Judge Blackburn requested that the case be reassigned, leaving the case with no Article III judge.

4. On March 13, 2023, this case was assigned to Judge Rodriguez. [ECF No. 19] Judge Rodriguez's practice standards apply a 15-page limit for motions, including motions to dismiss. *See* Civil Practice Standard 10.1(c)(1).

5. Because KIOSK has asserted ten total claims in its Complaint [ECF No. 1], and because the four Defendants plan to jointly file their motion to dismiss, the Parties respectfully submit that good cause exists for the 15-page limit to be expanded to 22 pages for both Defendants' motion and KIOSK's response in opposition.

WHEREFORE, the parties jointly and respectfully request that the Court expand the page limit for Defendants' motion to dismiss and KIOSK's response in opposition to that motion to 22 pages.

Dated: March 14, 2023                               Respectfully submitted,

| | |
|---|---|
| */s/ David J. Tsai* | */s/ Charles W. Steese* |
| David J. Tsai | Charles W. Steese |
| John Steger | Alec P. Harris |
| Natalie Truong | Michael A. Xavier |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | 4643 S. Ulster Street, Suite 800 |
| | Denver, CO  80237 |
| Four Embarcadero Center, 22nd Floor | (720) 200-0676 |
| San Francisco, CA 94111 | aharris@atllp.com |

Telephone: (415) 983-1000
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com

*Attorneys for Plaintiff KIOSK Information Systems, Inc.*

csteese@atllp.com
mxavier@atllp.com

*Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*