# EXHIBIT A

| Tort Claim | Allegation | Contractual Equivalent |
|---|---|---|
| Tortious Interference with Prospective Business Advantage | "Nebola, Lightsey, Cole Kepro, and American Kiosks actually induced or caused BOA not to enter into or continue its business relations with KIOSK." Compl. ¶ 98. | "Nebola and Lightsey breached the Confidentiality Agreement by attempting to solicit, divert, and take away BOA's and Coin Cloud's business from KIOSK, and by soliciting, diverting, and taking away BOA's business from KIOSK." Compl. ¶ 76. |
| Common Law Unfair Competition | "Defendants have used and are continuing to use KIOSK's confidential, proprietary, and trade secrets information for their own benefit to gain an unfair advantage by poaching KIOSK's clients and prospective clients." Compl. ¶ 132. | "Nebola and Lightsey breached the Confidentiality Agreement by attempting to solicit, divert, and take away BOA's and Coin Cloud's business from KIOSK, and by soliciting, diverting, and taking away BOA's business from KIOSK." Compl. ¶ 76.<br><br>"On information and belief, Nebola, Lightsey, and Rasmussen breached the Confidentiality Agreement by disclosing to Cole Kepro and American Kiosks confidential and proprietary information belonging to KIOSK." Compl. ¶ 79. |
| Breach of Duty of Loyalty | "Nebola, Lightsey, and Rasmussen breached their duty of loyalty to KIOSK by misappropriating KIOSK's confidential, proprietary, and trade secret information before resigning, and disclosing and/or using that information to benefit their new employer, Cole Kepro." Compl. ¶ 143 | "On information and belief, Nebola, Lightsey, and Rasmussen breached the Confidentiality Agreement by disclosing to Cole Kepro and American Kiosks confidential and proprietary information belonging to KIOSK." Compl. ¶ 79. |
| Breach of fiduciary duty | "On information and belief, while employed by KIOSK, Nebola breached his fiduciary duties to KIOSK by agreeing to help Cole Kepro and | "Nebola further breached the Confidentiality Agreement by soliciting Lightsey to leave his employment with KIOSK.…Nebola and |

| Tort Claim | Allegation | Contractual Equivalent |
|---|---|---|
| | American Kiosks poach KIOSK's employees." Compl. ¶ 147.<br><br>"On information and belief, while employed by KIOSK, Nebola and Lightsey breached their fiduciary duties by using their insider knowledge of KIOSK's business, including proprietary information related to KIOSK's customers and prospective customers, to interfere with KIOSK's prospective business relationships." Compl. ¶ 148. | Lightsey further breached the Confidentiality Agreement by soliciting Rasmussen to leave his employment with KIOSK. Compl. ¶ 77–78.<br><br>"Nebola and Lightsey breached the Confidentiality Agreement by attempting to solicit, divert, and take away BOA's and Coin Cloud's business from KIOSK, and by soliciting, diverting, and taking away BOA's business from KIOSK." Compl. ¶ 76.<br><br>"On information and belief, Nebola, Lightsey, and Rasmussen breached the Confidentiality Agreement by disclosing to Cole Kepro and American Kiosks confidential and proprietary information belonging to KIOSK." Compl. ¶ 79. |