**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00352-RMR- KLM

KIOSK INFORMATION SYSTEMS, INC

    Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN

    Defendants.

---

## DEFENDANT
## COLE KEPRO INTERNATIONAL LLC'S FED. R. CIV. P. 7.1 DISCLOSURES

---

Pursuant to Fed. R. Civ. P. 7.1 Defendant Cole Kepro International LLC ("Cole Kepro") states that Anderson Cole Investors, LLC is its parent entity. There is not any publicly held corporation owning 10% or more of Cole Kepro's stock.

Plaintiff does not allege diversity jurisdiction in this case so Fed. R. Civ. P. 7.1(a)(2) does not apply.

Dated: March 15, 2023,	Respectfully Submitted,

*/s/ Charles W. Steese*
Charles W. Steese
Alec P. Harris
Michael Xavier
ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, CO  80237
(720) 200-0676
aharris@atllp.com
csteese@atllp.com
mxavier@atllp.com

*Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2023, a true and correct copy of the foregoing **DEFENDANT COLE KEPRO INTERNATIONAL LLC'S FED. R. CIV. P. 7.1 DISCLOSURES** was transmitted to counsel for Plaintiff using the CM/ECF system which will send notification of such filing to counsel for Plaintiff as follows:

> David J. Tsai
> John Steger
> Natalie Truong
> david.tsai@pillsburylaw.com
> john.steger@pillsburylaw.com
> natalie.truong@pillsburylaw.com
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA 94111
> Telephone: (415) 983-1000
>
> *Attorneys for Plaintiff Kiosk Information Systems, Inc.*

/s/ Charles W. Steese