## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-KLM

KIOSK INFORMATION SYSTEMS, INC.,

       Plaintiff,

vs.

COLE KEPRO INTERNATIONAL, LLC; AMERICAN KIOSKS;
ERIC NEBOLA; TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN,

       Defendants.

## NOTICE OF CHANGE OF FIRM AFFILIATION

Charles W. Steese, counsel for Defendants Cole Kepro International, LLC, American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen, gives notice that he is no longer affiliated with the law firm Armstrong Teasdale LLP. His new contact information is:

    Papetti Samuels Weiss McKirgan LLP
    16430 North Scottsdale Road
    Suite 290
    Scottsdale, AZ 85254
    Telephone: 480.800.3537
    Email: csteese@pswmlaw.com

Dated: March 22, 2023

    Respectfully submitted,

    /s/Charles W. Steese
    Charles W. Steese
      Email: csteese@pswmlaw.com
    PAPETTI SAMUELS WEISS MCKIRGAN LLP
    16430 North Scottsdale Road
    Suite 290
    Scottsdale, AZ 85254
    Telephone: 480.800.3537

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>David Jeanchung Tsai
>Pillsbury Winthrop Shaw Pittman LLP
>Four Embarcadero Center
>22nd Floor
>San Francisco, CA 94111
>david.tsai@pillsburylaw.com

/s/Joye Allen