**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00352-KLM

KIOSK INFORMATION SYSTEMS, INC

     Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN

     Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

     Alec P. Harris, and Michael A. Xavier, all of the law firm Armstrong Teasdale LLP, and all members in good standing of the bar of this Court, hereby enter their appearances in this matter on behalf of Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen.

Dated: March 23, 2023                    Respectfully Submitted,


*/s/  Alec P. Harris* _____        */s/  Michael A. Xavier* _____
Alec P. Harris                           Michael A. Xavier
Michael A. Xavier                        Alec P. Harris
ARMSTRONG TEASDALE LLP                    ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800         4643 S. Ulster Street, Suite 800
Denver, CO  80237                        Denver, CO  80237
(720) 200-0676                           (720) 200-0676
aharris@atllp.com                        aharris@atllp.com
mxavier@atllp.com                        mxavier@atllp.com


*Attorneys for Defendants Cole Kepro*    *Attorneys for Defendants Cole Kepro*
*International, LLC d/b/a American*       *International, LLC d/b/a American Kiosks,*
*Kiosks, Eric Nebola, Taylor Lightsey, and*  *Eric Nebola, Taylor Lightsey, and Michael*
*Michael Rasmussen*                      *Rasmussen*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of March, 2023, a true and correct copy of

the foregoing **NOTICE OF ENTRY OF APPEARANCE** was transmitted to counsel for

Plaintiff using the CM/ECF system which will send notification of such filing to counsel

for Plaintiff as follows:

David J. Tsai
John Steger
Natalie Truong
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000

*/s/ Michael A. Xavier*
Michael A. Xavier