**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-00352-RMR-KLM

KIOSK INFORMATION SYSTEMS, INC.,

        Plaintiff,

vs.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA; TAYLOR
LIGHTSEY; AND MICHAEL RASMUSSEN

        Defendants.

---

**JOINT STIPULATION TO CONTINUE SCHEDULING/PLANNING
CONFERENCE AND REQUEST FOR LEAVE TO APPEAR
TELEPHONICALLY**

---

Plaintiff Kiosk Information Systems, Inc. ("Plaintiff," or "KIOSK"), and Defendants Cole Kepro International, LLC; American Kiosks; Eric Nebola; Taylor Lightsey; and Michael Rasmussen (collectively, "Defendants,") respectfully move to continue the Scheduling/Planning Conference currently set for April 17, 2023 to April 24, 2023, or a date thereafter of the Court's choosing.  The parties further request that their counsel be granted leave to attend and participate in the Scheduling/Planning Conference by telephone.  In support of this joint motion, the parties state:

1.  David Tsai, counsel of record for KIOSK, has a conflict with the April 17, 2023 Scheduling/Planning Conference and therefore wishes to continue the Conference to April 24, 2023, or a date thereafter of the Court's choosing, and extend the Joint Report deadline to seven days before the Conference.

2.  The requested continuation is not sought for any improper purpose and would not unduly prejudice any party to this suit.

3.  The parties have conferred and agree to this continuance.

4.  This is the first request for a continuance before the Court.

5.  KIOSK is represented by attorneys from the law firm of Pillsbury Winthrop Shaw Pittman LLP who are based in San Francisco, California.

6.  Charles Steese, lead counsel for Defendants, will be out of state the week of April 24, 2023, but will be available that week to participate telephonically.

7.  In the economic interest of their clients, counsel requests that they be allowed to appear and participate by telephone.

8.  No party will be prejudiced by allowing counsel to appear and participate in the Scheduling/Planning Conference by telephone.

9. The parties therefore respectfully request that the Court grant this motion, continue the Scheduling/Planning Conference until April 24, 2023, or a date thereafter of the Court's choosing, and allow their counsel to appear and participate in the Scheduling/Planning Conference by telephone.

March 28, 2023                                                     Respectfully submitted,

| | |
|---|---|
| /s/ David J. Tsai | /s/ Charles W. Steese   *with permission |
| David J. Tsai | Charles W. Steese |
| John Steger | Papetti Samuels Weiss McKirgan LLP |
| Natalie Truong | 16430 N. Scottsdale Road, Suite 290 |
| Pillsbury Winthrop Shaw Pittman LLP | Scottsdale, AZ  85254 |
| Four Embarcadero Center, 22nd Floor | Telephone:  (480) 800-3537 |
| San Francisco, CA  94111-5998 | Email:  csteese@pswmlaw.com |
| Telephone:  (415) 983-1000 | |
| Email: david.tsai@pillsburylaw.com | Alec P. Harris |
| Email: john.steger@pillsburylaw.com | Michael A. Xavier |
| Email: natalie.truong@pillsburylaw.com | ARMSTRONG TEASDALE LLP |
| | 4643 S. Ulster Street, Suite 800 |
| Attorneys for Plaintiff | Denver, CO  80237 |
| KIOSK Information Systems, Inc. | Telephone:  (720) 200-0676 |
| | Email: aharris@atllp.com |
| | Email: mxavier@atllp.com |
| | |
| | *Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen* |

**SO ORDERED** this ___ day of _____, 2023.

```
```

                                                KRISTEN L. MIX
                                                United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 28, 2023 via the Court's CM/ECF system.

*/s/ David J. Tsai*
David J. Tsai
