IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00352-RMR-KLM

KIOSK INFORMATION SYSTEMS, INC.,

     Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC,
AMERICAN KIOSKS,
ERIK NEBOLA,
TAYLOR LIGHTSEY, and
MICHAEL RASMUSSEN,

     Defendants.

_____

## PRE-SCHEDULING CONFERENCE ORDER
_____

In anticipation of the Scheduling Conference in this case,

IT IS HEREBY **ORDERED** as follows:

1.     The parties shall adhere to the Sedona Principles regarding disputes relating to electronic discovery.  See www.thesedonaconference.org.

2.     The discovery cut-off date is the deadline for completing discovery *and* the deadline for making discovery motions.

3.     The parties shall file a proposed Order under F.R.E 502(d) on or before 14 days after the Scheduling Conference.

4.     In cases NOT assigned to Magistrate Judge Mix on consent of the parties, the parties shall file a joint settlement status report explaining in detail their efforts to settle the case on or before 14 days after the close of discovery. The Joint Settlement Status report *shall* include the following information: (a) the names of all persons involved in settlement negotiations, including attorneys, parties and party representatives; (b) whether any written settlement demands have been made and, if so, when; (c) whether any written settlement offers have been made and, if so, when; and (d) an explanation of any unusual impediments to settlement and how the parties

intend to overcome them.

5.      All discovery motions shall be made in compliance with Magistrate Judge Mix's discovery procedures.  See www.cod.uscourts.gov.

6.      Failure to comply with this Order may result in the imposition of sanctions.


Dated: March 31, 2023


_____
Kristen L. Mix
United States Magistrate Judge