IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00352-RMR-KLM

KIOSK INFORMATION SYSTEMS, INC.,

      Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC,
AMERICAN KIOSKS,
ERIK NEBOLA,
TAYLOR LIGHTSEY, and
MICHAEL RASMUSSEN,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Stipulation to Continue Scheduling/Planning Conference and Request for Leave to Appear Telephonically** [#28] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. The Scheduling Conference set for April 17, 2023, at 10:30 a.m. is **VACATED** and **RESET** to **April 25, 2023**, at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that, **no later than April 18, 2023**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

IT IS FURTHER **ORDERED** that counsel for both parties shall call the Court at **888-363-4749**, Access Code: **2115325#**, from land lines, if possible, at the time of the Scheduling Conference.

Dated: March 31, 2023