# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-GPG-KLM

KIOSK INFORMATION SYSTEMS, INC.,

        Plaintiff,

vs.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN,

        Defendants.

## NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Natalie Truong of the law firm Pillsbury Winthrop Shaw Pittman LLP, who is a member of the bar of this Court, hereby enters her appearance in this action as counsel of record for Plaintiff KIOSK INFORMATION SYSTEMS, INC.

Dated: April 24, 2023        Respectfully submitted,

           */s/ Natalie Truong*
           Natalie Truong
             Email: natalie.truong@pillsburylaw.com
           **PILLSBURY WINTHROP SHAW PITTMAN LLP**
           Four Embarcadero Center, 22nd Floor
           San Francisco, CA 94111
           Telephone: (415) 983-1000

           *Attorneys for Plaintiff*
           *KIOSK INFORMATION SYSTEM, INC.*

4854-0594-3646

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case via the Court's CM/ECF system.

Dated:  April 24, 2023

               */s/ Natalie Truong*
               Natalie Truong