# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-GPG-KLM

KIOSK INFORMATION SYSTEMS, INC.,

        Plaintiff,

vs.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN,

        Defendants.

## NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT John Steger of the law firm Pillsbury Winthrop Shaw Pittman LLP, who is a member of the bar of this Court, hereby enters his appearance in this action as counsel of record for Plaintiff KIOSK INFORMATION SYSTEMS, INC.

Dated:  April 24, 2023                      Respectfully submitted,

                                                           */s/ John Steger*
                                                           John Steger
                                                             Email:  john.steger@pillsburylaw.com
                                                           **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                                                           Four Embarcadero Center, 22nd Floor
                                                           San Francisco, CA  94111
                                                           Telephone: (415) 983-1000

                                                           *Attorneys for Plaintiff*
                                                           *KIOSK INFORMATION SYSTEM, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case via the Court's CM/ECF system.

Dated:  April 24, 2023

                                                    */s/ John Steger*
                                                    John Steger

4854-1859-2094