IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-GPG-KLM

KIOSK INFORMATION SYSTEMS, INC.,

        Plaintiff,

   v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; AND MICHAEL
RASMUSSEN,

        Defendants.

## JOINT MOTION FOR ENTRY OF STIPULATED FED. R. EVID. 502(d) ORDER

      Plaintiff KIOSK Information Systems, Inc. ("KIOSK") and Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen (collectively, "Defendants") jointly and respectfully move for entry of the Proposed Stipulated Fed. R. 502(d) Order attached hereto as **Exhibit A**.

Dated: May 5, 2023                            Respectfully submitted,

| | |
|---|---|
| /s/ David J. Tsai | /s/ Alec P. Harris |
| David J. Tsai | Charles W. Steese |
| John Steger | PAPETTI SAMUELS WEISS MCKIRGAN LLP |
| Natalie Truong | 16430 N. Scottsdale Road |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Suite 290 |
| Four Embarcadero Center, 22nd Floor | Scottsdale, AZ 85254 |
| San Francisco, CA 94111 | 480.800.3537 |

Telephone: (415) 983-1000
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com

*Attorneys for Plaintiff KIOSK Information Systems, Inc.*

csteese@pswmlaw.com

Alec P. Harris
Michael A. Xavier
ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, CO  80237
(720) 200-0676
aharris@atllp.com
mxavier@atllp.com

*Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*

2