# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-GPG-KLM

KIOSK INFORMATION SYSTEMS, INC.,

        Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; AND MICHAEL
RASMUSSEN,

        Defendants.

## [PROPOSED] STIPULATED FED. R. EVID. 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| Dated: May 5, 2023 | Respectfully submitted, |

| | |
|---|---|
| */s/ David Tsai* | */s/ Alec P. Harris* |
| David J. Tsai | Charles W. Steese |
| John Steger | PAPETTI SAMUELS WEISS MCKIRGAN LLP |
| Natalie Truong | 16430 N. Scottsdale Road |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Suite 290 |
| Four Embarcadero Center, 22nd Floor | Scottsdale, AZ 85254 |
| San Francisco, CA 94111 | 480.800.3537 |
| Telephone: (415) 983-1000 | csteese@pswmlaw.com |
| david.tsai@pillsburylaw.com | |
| john.steger@pillsburylaw.com | Alec P. Harris |
| natalie.truong@pillsburylaw.com | Michael A. Xavier |
| | ARMSTRONG TEASDALE LLP |
| *Attorneys for Plaintiff KIOSK Information Systems, Inc.* | 4643 S. Ulster Street, Suite 800 |
| | Denver, CO  80237 |
| | (720) 200-0676 |
| | aharris@atllp.com |
| | mxavier@atllp.com |
| | |
| | *Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen* |

**SO ORDERED**

Dated: _____          BY THE COURT:

                                                     _____
                                                     United States District Court Judge / Magistrate Judge

2

4884-1116-9371.v1