IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00352-GPG-KLM

KIOSK INFORMATION SYSTEMS, INC.,

    Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC,
AMERICAN KIOSKS,
ERIK NEBOLA,
TAYLOR LIGHTSEY, and
MICHAEL RASMUSSEN,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order** [#36] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED** to the extent the Court simultaneously enters the accompanying Protective Order in this case.

    Dated: June 6, 2023