**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00352-GPG-KLM

KIOSK INFORMATION SYSTEMS, INC.,

      Plaintiff,

    v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; AND MICHAEL
RASMUSSEN,

      Defendants.

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Michael Xavier, an attorney at Armstrong Teasdale LLP hereby gives notice of withdrawal as counsel for Defendants/Counterclaim Plaintiffs Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen in the above-captioned matter. Attorney Alec Harris of Armstrong Teasdale LLP and Charles Steese of Apetti Samuels Weiss Mckirgan LLP will continue to serve as counsel for Defendants/Counterclaim Plaintiffs Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen.

1

Dated: August 2, 2023	Respectfully submitted,

*/s/ Michael A. Xavier*
Alec P. Harris
Michael A. Xavier
ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, CO  80237
(720) 200-0676
aharris@atllp.com
mxavier@atllp.com

Charles W. Steese
PAPETTI SAMUELS WEISS MCKIRGAN LLP
16430 N. Scottsdale Road, Ste. 290
Scottsdale, AZ 85254
480.800.3537
csteese@pswmlaw.com

*Attorneys for Defendants/Counterclaim Plaintiffs Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via ECF on August 2, 2023 to:

David J. Tsai
John Steger
Natalie Truong
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com

*Attorneys for Plaintiff/Counterclaim Defendants KIOSK Information Systems, Inc.*

/s/ *Michael Xavier*