IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-RMR-KLM

KIOSK INFORMATION SYSTEMS, INC.,

       Plaintiff,

  v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; AND MICHAEL
RASMUSSEN,

       Defendants.

**JOINT MOTION FOR ENTRY OF STIPULATED ESI ORDER**

Plaintiff KIOSK Information Systems, Inc. ("KIOSK") and Defendants Cole Kepro International, LLC, Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen (collectively, "Defendants") jointly and respectfully move entry of a proposed Stipulated Order Regarding Production of Electronically Stored Information ("ESI Order"). The parties have agreed to a proposed ESI Order, and request that it be entered as an Order of the Court. The parties' agreed proposed ESI Order is attached hereto as **Exhibit A**.

4853-7663-5256

| | |
|---|---|
| Dated: August 22, 2023 | Respectfully submitted, |
| | |
| */s/ David J. Tsai* | */s/ Alec P. Harris*     *\*with permission* |
| David J. Tsai | Charles W. Steese |
| John Steger | PAPETTI SAMUELS WEISS |
| Natalie Truong |   MCKIRGAN LLP |
| PILLSBURY WINTHROP SHAW | 16430 N. Scottsdale Road, Suite 290 |
|   PITTMAN LLP | Scottsdale, AZ  85254 |
| Four Embarcadero Center, 22nd Floor | Telephone: 480.800.3537 |
| San Francisco, CA  94111 | csteese@pswmlaw.com |
| Telephone: (415) 983-1000 | |
| david.tsai@pillsburylaw.com | Alec P. Harris |
| john.steger@pillsburylaw.com | ARMSTRONG TEASDALE LLP |
| natalie.truong@pillsburylaw.com | 4643 S. Ulster Street, Suite 800 |
| | Denver, CO  80237 |
| *Attorneys for Plaintiff* | Telephone: (720) 200-0676 |
| *KIOSK Information Systems, Inc.* | aharris@atllp.com |
| | |
| | *Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen* |