IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00352-GPG-KAS

KIOSK INFORMATION SYSTEMS, INC.,

    Plaintiff and Counterclaim Defendant,

v.

COLE KEPRO INTERNATIONAL, LLC,
AMERICAN KIOSKS,
ERIK NEBOLA,
TAYLOR LIGHTSEY, and
MICHAEL RASMUSSEN,

    Defendants and Counterclaim Plaintiffs.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated ESI Order** [#59] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#59] is **GRANTED**. The Stipulated Order re Discovery of Electronically Stored Information [#59-1] supplied by the parties is **accepted**, with the Court's modifications, and entered as an Order of the Court as of the date of this Minute Order.

    Dated: August 25, 2023