IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00352-GPG-KAS

KIOSK INFORMATION SYSTEMS, INC.,

    Plaintiff and Counterclaim Defendant,

v.

COLE KEPRO INTERNATIONAL, LLC,
AMERICAN KIOSKS,
ERIK NEBOLA,
TAYLOR LIGHTSEY, and
MICHAEL RASMUSSEN,

    Defendants and Counterclaim Plaintiffs.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on a disputed discovery issue e-mailed to Magistrate Judge Starnella's Chambers on September 13, 2023. After conferral with counsel,

    IT IS HEREBY **ORDERED** that a Discovery Hearing is scheduled for **September 27, 2023**, at **1:30 p.m.** Attorneys who will be representing a party and who reside in Colorado shall appear in person in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

    IT IS FURTHER **ORDERED** that the 13 at-issue documents shall be submitted to Starnella Chambers by e-mail at least two business days in advance of the hearing.

    Dated: September 18, 2023