IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00352-GPG-KAS

KIOSK INFORMATION SYSTEMS, INC.,

    Plaintiff,

v.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; AND MICHAEL
RASMUSSEN,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff / Counterclaim Defendant KIOSK Information Systems, Inc. ("KIOSK") and Defendants / Counterclaim Plaintiffs Cole Kepro International, LLC, Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen (collectively, "Defendants") jointly and respectfully request that Defendants / Counterclaim Plaintiffs Eric Nebola and Taylor Lightsey's Second Claim for Relief (Wage Claim Act Violations) in Defendants' Counterclaims [ECF No. 46] be dismissed without prejudice, with each of the parties bearing their own fees and costs.

Dated: September 20, 2023

Respectfully submitted,

/s/      David J. Tsai
David J. Tsai
John Steger
Natalie Truong
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com

*Attorneys for Plaintiff
KIOSK Information Systems, Inc.*

/s/ Alec P. Harris
Charles W. Steese
PAPETTI SAMUELS WEISS MCKIRGAN LLP
16430 N. Scottsdale Road, Suite 290
Scottsdale, AZ  85254
Telephone: 480.800.3537
csteese@pswmlaw.com

Alec P. Harris
ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, CO  80237
Telephone: (720) 200-0676
aharris@atllp.com

*Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*