**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00352-GPG-KAS

KIOSK INFORMATION SYSTEMS, INC.,

           Plaintiff,

vs.

COLE KEPRO INTERNATIONAL, LLC;
AMERICAN KIOSKS; ERIC NEBOLA;
TAYLOR LIGHTSEY; and MICHAEL RASMUSSEN,

           Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW ALEC HARRIS AS COUNSEL OF RECORD FOR DEFENDANTS**

---

Pursuant to D.C.COLO.LAttyR 5, Attorney Alec Harris hereby requests to withdraw from this case as counsel of record for Defendants Cole Kepro International LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen ("Defendants"). In support thereof states as follows:

**D.C.COLO.LCiv.R 7.1 Certificate of Conferral.** Counsel for Defendants has conferred with Plaintiff's counsel about this Motion. Plaintiff does not oppose this Motion or the relief it seeks.

    1.    Effective September 25, 2023 Alec Harris will no longer be employed by Armstrong Teasdale LLP.

    2.    Defendants remain represented in this matter by Charles Steese of Papetti Samuels Weiss McKirgan LLP.

3. This Unopposed Motion to Withdraw is not sought for the purpose of delay or for any other improper purpose.

4. In light of the above, there is good cause for Mr. Harris to withdraw as counsel of record for Defendants in this matter.

WHEREFORE, Mr. Harris respectfully requests that he be withdrawn as counsel of record for Defendants in this Matter.

Dated: September 22, 2023                Respectfully submitted,

/s/ Alec Harris
Alec Harris
ARMSTRONG TEASDALE LLP
4643 S. Ulster Street, Suite 800
Denver, CO  80237
(720) 200-0676
aharris@atllp.com

Charles W. Steese
PAPETTI SAMUELS WEISS MCKIRGAN LLP
16430 N. Scottsdale Road, Ste. 290
Scottsdale, AZ 85254
480.800.3537
csteese@pswmlaw.com

*Attorneys for Defendants Cole Kepro International, LLC d/b/a American Kiosks, Eric Nebola, Taylor Lightsey, and Michael Rasmussen*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via CM/ECF on September 22, 2023 to:

David J. Tsai
John Steger
Natalie Truong
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
david.tsai@pillsburylaw.com
john.steger@pillsburylaw.com
natalie.truong@pillsburylaw.com

*Attorneys for Plaintiff KIOSK Information Systems, Inc.*

/s/ *Marina Brainerd*