IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00352-GPG-KAS

KIOSK INFORMATION SYSTEMS, INC.,

    Plaintiff and Counterclaim Defendant,

v.

COLE KEPRO INTERNATIONAL, LLC,
AMERICAN KIOSKS,
ERIK NEBOLA,
TAYLOR LIGHTSEY, and
MICHAEL RASMUSSEN,

    Defendants and Counterclaim Plaintiffs.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on a disputed discovery issue e-mailed to Magistrate Judge Starnella's Chambers on September 20, 2023. The Court will hear this dispute, along with the dispute e-mailed on September 13, 2023, at the Discovery Hearing already set for September 27, 2023. However, in light of the additional issues, the Court amends the time of the hearing as follows:

    IT IS HEREBY **ORDERED** that the Discovery Hearing scheduled for September 27, 2023, at 1:30 p.m. is **VACATED** and **RESET** to **September 27, 2023**, at **1:00 p.m.** Attorneys who will be representing a party and who reside in Colorado shall appear in person in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

    Pursuant to their e-mailed requests, Attorneys John Steger and David Tsai, who are based in San Francisco, California, and Attorney Charles Steese, who is based in Scottsdale, Arizona, may appear by telephone by calling the Court at **571-353-2301**, Access Code: **334545142#** from land lines, if possible, at the time of the Discovery Hearing.

    Dated: September 22, 2023